```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

HECTOR CONTRERA OROZCO, #25722-077                        PETITIONER

VS.                                  CIVIL ACTION NO. 5:12-cv-30-DCB-RHW

VANCE LAUGHLIN, Warden                                    RESPONDENT

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the finding of this Court, and Orozco's petition for federal habeas relief should be denied and dismissed.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the <u> 17th </u> day of <u> December </u>, 2012.

                                        <u> s/ David Bramlette     </u>
                                        UNITED STATES DISTRICT JUDGE